# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**In Re:**

**KATHRYN M CHAPMAN**  Case No. 10-53702
 Chapter 7
Debtor(s)  Judge C. Kathryn Preston
 SSN: xxx.xx.7354

## NOTICE TO THE CLERK OF THE COURT
## UNCLAIMED FUNDS AND DIVIDENDS

The attached check in the amount of **$3.15** represents the total sum of unclaimed funds and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends and unclaimed funds are as follows:

| CREDITOR NAME & ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| (PLEASE SEE ATTACHED REPORT) | (PLEASE SEE ATTACHED REPORT) | (PLEASE SEE ATTACHED REPORT) |
| Total Unclaimed/Small (Dividends $25.00 or under) | Total Unclaimed (Dividends Over $25.00) | |
| $3.15 | | |

 /s/Brent A Stubbins
 Brent A Stubbins, Case Trustee

## CERTIFICATE OF SERVICE

**This is to certify** that the undersigned hereby certifies that a true copy of the foregoing Notice has been served electronically upon:

- Asst US Trustee (Col)
- Scott P Ciupak
- Mitchell Marczewski
- Crysta Renee Pennington
- Brent A Stubbins

and by regular U S Mail upon the Debtor(s) and all parties in interest listed below on September 28, 2011.

/s/Brent A. Stubbins
Brent A. Stubbins

KATHRYN M CHAPMAN
PO BOX 113
NASHPORT, OH 43830-0113